# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**ROBERT SNYDER**                                                                         **PLAINTIFF**

V.                    **CASE NO.: 3:13CV00021-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                          **DEFENDANT**

## ORDER

Plaintiff Robert Snyder's motion to dismiss without prejudice (docket entry #6) is GRANTED.  Mr. Snyder's claims are DISMISSED, without prejudice, this 12th day of March, 2013.

_____
UNITED STATES MAGISTRATE JUDGE